# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KUROSH SHEIKHOLESLAMI and<br>HOORI SHEIKHOLESLAMI<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:11CV462<br>Judge Schneider/Judge Mazzant |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 19, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand (Dkt. #8) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand (Dkt. # 8) is DENIED.

**It is SO ORDERED.**

SIGNED this 14th day of October, 2011.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE